William Anderson, Appellant, v. Samuel W. Harriot, Respondent.—Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Gaynor, Rich and Miller, JJ., concurred; Hooker, J., dissented.

The Arion Realty Company, Respondent, v. William G. Schmidt and Morris Roth, Appellants.—Judgment and order affirmed, with costs, on the authority of *Fuhr* v. *Cronin* (82 App. Div. 210). Woodward, Jenks, Gaynor and Rich, JJ., concurred.

Louis Baron, Respondent, v. Antonie Yokel, Appellant.—Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Hooker and Rich, JJ., concurred.

Frank D. Boulanger, Respondent, v. White's Express Company, Appellant.—Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present—Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

George Brand, Respondent, v. Amelia A. Eakins, Appellant.—Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the plaintiff did not establish that he was the procuring cause of the sale. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Eliza A. Brase, Appellant, v. John Miller and Christopher Schreiber, Respondents.—Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

Benjamin F. Brown, Respondent, v. Maximilian Lewinson and George A. Just, Doing Business under the Firm Name of Lewinson & Just, Appellants.—Judgment and order unanimously affirmed, with costs. No opinion. Present—Hirschberg, P. J., Jenks, Hooker and Rich, JJ.

Margaret Burke, Appellant, v. Louis Frenkel and Ella Frenkel, Respondents.—The evidence that the window cords were black, dark, dirty, old looking ropes; that they were, after the accident, pulled apart in the hand; that during a period of two weeks before the accident the hall boy's assistance was required to raise the upper sash, and that he had used an umbrella to keep the upper sash in place while the catch was being secured, raised a question of fact as to the negligence of the defendants, and the direction of a verdict in favor of the defendants was error. Judgment and order reversed and new trial granted, costs to abide the event. Hirschberg, P. J., Hooker, Rich and Miller, JJ., concurred.

Violet Carabba, an Infant, etc., Respondent, v. Brooklyn Borough Gas Company, Appellant.—Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present—Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Margaret A. Connell, Respondent, v. New York, Ontario and Western Railway Company, Appellant.—Order reversed on argument, with ten dollars costs and disbursements, and motion granted to change the place of trial from the county of Kings to the county of Orange, with ten dollars costs to abide the event. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Nora A. Connell, Respondent, v. New York, Ontario and Western Railway Company, Appellant.—Order reversed on argument and motion granted, without costs. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.